# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

v.                                                        Case No.: 1:16cr23-MW/MAL

**LEVI JERMAINE GRIFFIN,**

*Defendant.*
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 125, and has also reviewed *de novo* Defendant's objections, ECF No. 126.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 125, is **accepted and adopted**, over the Defendant's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Defendant's amended motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody, ECF No. 124, is **DENIED** and **DISMISSED** as untimely and without merit." A certificate of

appealability is **DENIED**. The Clerk shall close the file.

**SO ORDERED on August 20, 2025.**

**s/Mark E. Walker**
**United States District Judge**
